UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :

MANUEL BARRETO,                           :

                    Plaintiff,             :

                                         :          26-CV-1015 (JMF)

      -v-                           :

                                       :           ORDER

DUKE'S INTERIOR PAINTING CORP. et al.,    :

                                       :

                  Defendants.         :

                                       :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 20, 2026 Order, ECF No. 11, Plaintiff was required to file a motion for default judgment, the contents of which are described therein, no later than March 3, 2026.  To date, Plaintiff has not filed any such motion.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 21, 2026.**  Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

      SO ORDERED.

Dated:  April 7, 2026
        New York, New York                                 _____
                                                   JESSE M. FURMAN
                                       United States District Judge