UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
MANUEL BARRETO,                                                        :
:
Plaintiff,                           :
:                    26-CV-1015 (JMF)
-v-                                           :
:                        ORDER
DUKE'S INTERIOR PAINTING CORP. et al.,                                :
:
Defendants.                          :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's February 9, 2026 Order, ECF No. 5, the parties were required to file a joint letter and case management plan, the contents of which are described therein, no later than May 14, 2026. *See also* ECF No. 22. To date, the parties have not filed anything to that effect. (The discovery plan report docketed at ECF No. 23 is blank.) As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **Monday, May 18, 2026.** The Court notes that this is not the first deadline missed in this case. Failure to file by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: May 15, 2026
     New York, New York

                                   JESSE M. FURMAN
                               United States District Judge