UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

MANUEL BARRETO,                          :

             Plaintiff,            :          26-CV-1015 (JMF)

                              :

       -v-                    :          <u>ORDER</u>

                              :

DUKE'S INTERIOR PAINTING CORP. et al.,   :

             Defendants.      :

                              :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      There was an in-person conference scheduled in this matter for 12:30 p.m. today.  At 11:58 a.m., Plaintiff's counsel emailed Chambers that she could not make it in person and requesting leave to appear by telephone.  As a result, the conference was not held — although defense counsel appeared as scheduled.  In light of the foregoing, the parties shall appear for a conference on **June 2, 2026**, at **12:00 p.m.** in Courtroom 24B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.  At that conference, Plaintiff's counsel should be prepared to show cause why she should not be ordered to reimburse defense counsel for the costs incurred in showing up to today's conference.

      SO ORDERED.

Dated:  May 28, 2026
       New York, New York                         _____
                                        JESSE M. FURMAN
                                   United States District Judge