BALLON STOLL P.C.
COUNSELLORS AT LAW
FOUNDED 1931
1675 BROADWAY
14TH FL.
NEW YORK, NY 10019
Ph: 212-575-7900
www.ballonstoll.com

AVRAM S. TURKEL
PARTNER
aturkel@ballonstoll.com

July 14, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Granted.

SO ORDERED:

7/15/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Re:** ***Barreto v. Duke's Interior Painting Corp., et al.*,**
**No. 26-CV-01015 (JMF)**

Dear Judge Furman,

This firm represents Defendants in the above-referenced action. We write to the court to request a brief one (1) week extension to file the fully executed Settlement Agreement and Confession of Judgment. Counsel for Plaintiffs consent to this extension. Counsel for Defendants request this extension because one of our clients is out of the state until Sunday and is unable to print the agreement and sign before a Notary until their return. This is the first request for such extension of time.

Respectfully,

Avram Turkel, Esq.
(AT8888)